



## MEMORANDUM OPINION

No. 04-12-00158-CV

Barbara Dee **VILLARRUBIA**,
Appellant

v.

**RP ROSEMONT, L.P.**, a Texas Limited Partnership d/b/a Rosemont Olmos Park,
Appellee

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 374747
Judge Timothy Johnson, Judge Presiding

PER CURIAM

Sitting:      Rebecca Simmons, Justice
              Steven C. Hilbig, Justice
              Marialyn Barnard, Justice

Delivered and Filed:  July 11, 2012

DISMISSED FOR WANT OF PROSECUTION

On June 13, 2012, we notified appellant that the trial court clerk filed a notification of late clerk's record stating that the clerk's record has not been filed because (1) appellant has failed to pay or make arrangements to pay the clerk's fee for preparing the record, and (2) appellant is not entitled to appeal without paying the fee. The trial court found appellant was not indigent, so we ordered appellant to provide written proof to this court on or before June 25, 2012, that the clerk's fee has been paid or arrangements have been made to pay the clerk's fee.

We warned appellant that if she failed to respond within the time provided, this appeal would be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b).

To date, appellant has not filed any response with this court. Therefore, we dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 37.3(b), 42.3(c). Costs of this appeal are taxed against appellant. *See id.* R. 43.4.

PER CURIAM